UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RONNELL BOOTH

         *Defendant.*

15-CR-312 (PAE)

**ORDER**

      WHEREAS defendant Ronnell Booth (the "Defendant") in the above-captioned matter was presented and arraigned and pled not guilty on alleged violations of the conditions of his supervised release before the Honorable Paul A. Engelmayer, United States District Judge, on September 1, 2020;

      WHEREAS the Defendant has a pending criminal case in the Criminal Court of the City of New York, Bronx County ("Bronx County Criminal Court") in which the Defendant has been charged by criminal complaint with assault in the third degree, in violation of New York Penal Law ("N.Y.P.L.") § 120.00(1), criminal obstruction of breathing or blood circulation, in violation of N.Y.P.L. § 121.11(a), and criminal mischief with the intent to damage property, in violation of N.Y.P.L. § 145.00 in connection with an alleged incident of domestic violence against Josephine Rivera;

      WHEREAS the above-referenced charges pending and offense conduct alleged against the Defendant in Bronx County Criminal Court form the basis for certain of the alleged violations of the conditions of the Defendant's supervised release before this Court;

      WHEREAS there is a pending order of protection issued by the Bronx County Criminal Court against the Defendant and for the protection of Josephine Rivera in connection with the above-referenced charges and alleged offense conduct; and

2

WHEREAS the Court has scheduled a status conference in the above-captioned matter for October 23, 2020 at 11:00 a.m.;

UPON CONSENT OF THE PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Defendant shall abide by the terms of any order of protection, restraining order, or other directive issued by the Bronx County Criminal Court or other courts of the State of New York concerning his contact with Josephine Rivera; and

2. Notwithstanding any order of protection, restraining order, or other directive issued by the Bronx County Criminal Court or other courts of the State of New York concerning his contact with Josephine Rivera, or the expiration or withdrawal of any such order or directive, the Defendant shall otherwise have no contact of any kind with Josephine Rivera during the period of time from the date of this order up to and including October 23, 2020.

Dated: New York, New York
       September _3_, 2020

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE