**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

November 20, 2020

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:   **United States v. Ronnell Booth,**
      **15 Cr. 312 (PAE)**

Dear Judge Engelmayer:

I write to respectfully request a 30-day adjournment of the status conference currently scheduled for November 30, 2020 concerning the supervised-release specifications pending against Ronnell Booth. The government does not object to this request.

Respectfully Submitted,

Andrew J. Dalack
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8768

Cc: AUSAs Kimberly Ravener/Kevin Sullivan

**GRANTED.** The conference is adjourned to January 5, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 67.

11/23/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge