**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 4, 2021

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:   **United States v. Ronnell Booth,**
      **15 Cr. 312 (PAE)**

Dear Judge Engelmayer:

I write to respectfully request an adjournment of the status conference in the above-captioned case concerning Ronnell Booth's alleged violation of his supervised release, which is currently scheduled to take place at 2:30 PM tomorrow, January 5, 2021. Without objection from the government, I request an adjournment to sometime after March 24, 2021, the date of Mr. Booth's next state-court appearance.

Respectfully Submitted,

Andrew J. Dalack
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8768

**GRANTED.** The conference is adjourned to March 31, 2021 at 3:00 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 69.

1/5/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge