**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 15, 2021

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: **United States v. Ronnell Booth,**
**15 Cr. 312 (PAE)**

Dear Judge Engelmayer:

I write on behalf of the parties in response to the Court's Order dated March 15, 2021 regarding the upcoming VOSR status conference in the above-captioned case, which is currently scheduled for March 31, 2021. Without objection from the government, and with the consent of Mr. Booth's supervising officer from United States Probation, I respectfully request an adjournment of the status conference to the week of June 10, 2021.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8768 | (646) 315-1527

---

**GRANTED.** The conference is adjourned to June 1, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 72.

3/16/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge