**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 9, 2021

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: **United States v. Ronnell Booth,
15 Cr. 312 (PAE)**

Dear Judge Engelmayer:

    I write on behalf of the parties regarding the upcoming VOSR status conference in the above-captioned case, which is currently scheduled for July 15, 2021 at 10:30 a.m. Without objection from the Government, and with the consent of Ronnell Booth's supervising officer from United States Probation, I respectfully request a 30-day adjournment of the status conference.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8768 | (646) 315-1527

---

**GRANTED.** The conference is adjourned to August 25, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 78.

7/12/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge