**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 15, 2021

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: <u>United States v. Ronnell Booth,</u>
15 Cr. 312 (PAE)

Dear Judge Engelmayer:

I write regarding the upcoming VOSR status conference in the above-captioned case that is currently scheduled for September 30, 2021. Ronnell Booth's parallel state misdemeanor case remains pending, and the parties are still awaiting a meaningful update on its progress. Additionally, I am counsel of record in <u>United States v. Delowar Hossain</u>, (S1) 19 Cr. 606 (SHS), which will proceed to trial on September 29, 2021. In light of these circumstances, I respectfully request a 30-day adjournment of the status conference. The Government and Mr. Booth's supervising officer from United States Probation consent to this application.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8768 | (646) 315-1527

**GRANTED.** The conference is adjourned to November 10, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 83.

9/16/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge