UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v- : 15-CR-312 (PAE)
:
RONNELL BOOTH, : <u>SCHEDULING ORDER</u>
:
                  Defendant(s). :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    It is hereby ORDERED that the conference in this matter, presently scheduled for **December 17, 2021**, is ADJOURNED to **January 21, 2022,** at **11:30 a.m.**

    SO ORDERED.

Dated:  December 2, 2021
           New York, New York

                                             PAUL A. ENGELMAYER
                                             United States District Judge