# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 19, 2022

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:   **United States v. Ronnell Booth,**
      **15 Cr. 312 (PAE)**

Dear Judge Engelmayer:

     I write regarding the upcoming VOSR status conference in the above-captioned case that is currently scheduled for January 21, 2022. I am counsel of record in a matter proceeding to trial before Judge Jesse M. Furman on January 24, 2022, with oral voir dire to begin on January 20, 2022. Although it is unclear whether oral voir dire will continue to January 21, 2022, there is a reasonable likelihood that it will spill over and Judge Furman has cautioned the parties to reserve the date. Given this conflict and the other demands of trial preparation, I respectfully request a 30-day adjournment of the status conference. The Government and United States Probation have no objection to this request.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York, Inc.
(212) 417-8768 | (646) 315-1527

**GRANTED.** The conference is adjourned to February 22, 2022 at 9:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 88.

SO ORDERED.

1/19/2022

PAUL A. ENGELMAYER
United States District Judge