UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RONNELL BOOTH,

Defendant.

15-CR-312 (PAE)

<u>SCHEDULING ORDER</u>

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following schedule:

- An evidentiary hearing is scheduled for **June 8, 2022** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY for the purpose of litigating the open violation specifications against Mr. Booth.

- The parties shall submit to the Court, by **June 1, 2022**, a letter outlining the evidence and witnesses anticipated for the June 8, 2022 hearing.

- The Court extended Mr. Booth's period of supervised release, and the order of protection entered on September 3, 2020 (Dkt. No. 64), through the date at which the Court resolves the pending specifications.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 4, 2022
       New York, New York