UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
                -v-                                                     :        15-CR-312 (PAE)
                                                                        :
RONNELL BOOTH,                                                          :        ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United States Marshals.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge